IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 02-00177 HG-03 |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING GOVERNMENT'S** |
| | ) | **MOTION TO REDUCE SENTENCE** |
| vs. | ) | **UNDER RULE 35(b) OF THE** |
| | ) | **FEDERAL RULES OF CRIMINAL** |
| JERAL E. SMITH, | ) | **PROCEDURE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER GRANTING GOVERNMENT'S MOTION TO REDUCE SENTENCE UNDER RULE 35(b) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

On March 20, 2003, Defendant Jeral E. Smith ("Defendant") pleaded guilty to conspiracy to distribute and possess with intent to distribute crystal methamphetamine, a Schedule II controlled substance. On November 17, 2003, the Court imposed a sentence of 87 months' incarceration, determining that Defendant qualified for the safety valve provision of 18 U.S.C. § 3553(f)(1)-(5). The sentencing range was 108-120 months. The Court granted Defendant's motion for downward departure based on a medical issue.

On November 17, 2004, the Government filed a Protective Motion under Rule 35(b) of the Federal Rules of Criminal Procedure. The Protective Motion expanded the applicable time period for the Government to file a Rule 35 Motion. On July 12, 2006, the Government filed a motion seeking a reduction of

Defendant's sentence, pursuant to Federal Rule of Criminal Procedure 35. The Government furnished details of the post-sentencing assistance provided by Defendant.

Based on Defendant's assistance, the Government recommended that Defendant's sentence be reduced to time served.

**STANDARD OF REVIEW**

Federal Rule of Criminal Procedure 35(b)(1) provides:

> Upon the government's motion made within one year of sentencing, the court may reduce a sentence if:
>
> (A) the defendant, after sentencing, provided substantial assistance in investigating or prosecuting another person; and
>
> (B) reducing the sentence accords with the Sentencing Commission's guidelines and policy statements.

A Rule 35 motion is essentially a plea for leniency and is addressed to the sound discretion of the district court. United States v. Smith, 964 F.2d 885, 887 (9th Cir. 1992).

**ANALYSIS**

The Court finds that Defendant substantially assisted the government, entitling Defendant to a reduction of his sentence pursuant to Rule 35(b)(1). Based on the nature of Defendant's cooperation, the Court finds that a sentence reduced to time served is appropriate and is consistent with the Sentencing Guidelines and the Sentencing Commission's policy statements.

**CONCLUSION**

In accordance with the foregoing, the Court GRANTS the Government's motion filed on July 12, 2006, and reduces Defendant's sentence to time served.

IT IS SO ORDERED.

DATED:   Honolulu, Hawaii, August 11, 2006



　　　　　　　　　　　　　　　　 /s/ Helen Gillmor
　　　　　　　　　　　　　　　　Chief United States District Judge

---

United States v. Jeral E. Smith, Criminal Case No. 02-00177 HG-03; **ORDER GRANTING GOVERNMENT'S MOTION TO REDUCE SENTENCE UNDER RULE 35(b) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**