PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | CR 02-00177HG-03 |
| DOCKET NUMBER *(Rec. Court)* | EDCR07-22-SGL |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| JERAL E. SMITH | District of Hawaii | Honolulu |

FILED - SOUTHERN DIVISION
CLERK
FEB 13 2007

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 13 2007
at __ o'clock and __ min. __
SUE BEITIA, CLERK

| NAME OF SENTENCING JUDGE | Helen Gillmor |
|---|---|
| DATES OF PROBATION/SUPERVISED RELEASE: FROM 8/16/2006 TO 8/15/2011 | |

**OFFENSE**

COUNT 1: Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 50 Grams of Crystal Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 846, a Class A felony

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Central District of California (San Bernardino)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1·23·07
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Central District of California (San Bernardino)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 20 2007

FEB 13 2007
Effective Date

ALICEMARIE H. STOTLER
CHIEF United States District Judge

